

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-21-00281-CV

**IN THE INTEREST OF Z.M.M.**, a Child

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 20-0370-CV-A
Honorable Thomas Nathaniel Stuckey, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE WATKINS, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED, and appointed counsel's motion to withdraw is DENIED. It is ORDERED that no costs be assessed against appellant in relation to this appeal because appellant qualifies as indigent under Texas Rule of Appellate Procedure 20.

SIGNED November 17, 2021.

_____
Lori I. Valenzuela, Justice